| UNITED STATES DISTRICT COURT | PRIORITY SEND |
| CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-3869-JFW (SSx)**                                                    Date:  January 12, 2011

Title:     United States of America -v- $156,000.00 in U.S. Currency

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                              None Present
   Courtroom Deputy                                         Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                  None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

   As a result of the parties' failure to file the Joint Rule 26(f) Report and ADR Program Questionnaire as required by the Court's Order of October 5, 2010, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for January 24, 2011, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.

Initials of Deputy Clerk __sr__